UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DEBORAH FERRUCCIO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> TARE DAVIS and WARREN COUNTY, ) <br> NC, ) <br> ) <br> ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 5:19-CV-346-BO** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the defendants' motion to strike [DE 65] is GRANTED and plaintiff's motion for leave to file a surreply [DE 67] is DENIED. Defendants' renewed motion for summary judgment [DE 60] is GRANTED.

**This Judgment Filed and Entered on June 9, 2023, and Copies To:**
Deborah Ferruccio         (via US Mail at 297 Davis-Hyman Rd, Norlina, NC 27563)
Brian F. Castro           (via CM/ECF electronic notification)
Rudolf A. Garcia-Gallont  (via CM/ECF electronic notification)
James R. Morgan , Jr.     (via CM/ECF electronic notification)

DATE:                                    PETER A. MOORE, JR., CLERK
June 9, 2023                  (By) /s/ Stephanie Mann
                                           Deputy Clerk